UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

In re Kaufman, et al. § C.A. No. C-05-581
§
§

### MEMORANDUM OPINION AND ORDER DENYING MOTION TO WITHDRAW THE REFERENCE

On December 13, 2005, the United States Bankruptcy Judge filed his Report and Recommendation in this cause (D.E. 1).  Responses were filed by both parties (D.E. 3, 5, 6).  Having reviewed the Bankruptcy Judge's recommendations and the pleadings on file, this Court hereby adopts as its own the findings and conclusions of the Bankruptcy Judge.  Accordingly, debtor's motion to withdraw the reference is denied.

ORDERED this    24    day of    March   , 2006.

_____
HAYDEN HEAD
CHIEF JUDGE